# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **TRUSTEES OF THE PIPEFITTERS LOCAL 636 DEFINED BENEFIT PENSION FUND, ET. AL,**<br>Plaintiffs,<br><br>vs.<br><br>**ES/TEAC MECHANICAL, INC.,**<br>Defendant. | 2:10-CV-14326<br><br>**ORDER OF RENEWED JUDGMENT AGAINST DEFENDANT ES/TEAC MECHANICAL, INC.** |

This matter having come before the Court upon Plaintiffs' Ex-Parte Motion to Renew Judgment against Defendant ES/TEAC Mechanical, Inc., and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Amended Judgment by Default entered on April 20, 2012, is hereby renewed and entered against Defendant ES/TEAC Mechanical, Inc., in the amount of $25,424.43, for the remaining balance on the Judgment plus Judgment interest.

Dated: July 5, 2022        s/Terrence G. Berg
        TERRENCE G. BERG
        UNITED STATES DISTRICT JUDGE